**PE-23-CV-0015**

**FILED**

MAY – 4 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY

AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western |
|---|---|

| Name (under which you were convicted): Timothy Paul Murnane | Docket or Case No.: |
|---|---|

| Place of Confinement: TDCJ Lynaugh Unit 1098 Hwy 2037 Ft. Stockton | Prisoner No.: #02377581 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Timothy Paul Murnane | v. Bobby lumpkin Director. T.D.C.J - ID |

| The Attorney General of the State of: unknown |
|---|

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Leon County Court 278th Court Room. Centerville, TX

   (b) Criminal docket or case number (if you know): 18-0134 cr, 18-0135 CR

2. (a) Date of the judgment of conviction (if you know): 1-12-2022

   (b) Date of sentencing: 1-12-2022

3. Length of sentence: 8 years

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Possesion of under one gram and possesion of 28 to 200 of liquid Codine

6. (a) What was your plea? (Check one)

   ☐ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)
   ☑ (2)   Guilty            ☐ (4)   Insanity plea

FILED

MAY -- 4 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Case 4:23-cv-00015-DC    Document 1    Filed 05/04/23    Page 3 of 18

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: _____ *N/A* _____

(b) Docket or case number (if you know): _____ *N/A* _____

(c) Result: _____

(d) Date of result (if you know): _____ *N/A* _____

(e) Citation to the case (if you know): _____ *N/A* _____

(f) Grounds raised: _____ *N/A* _____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court: *Court of Criminal Appeal, Austin TX*

(2) Docket or case number (if you know): *WR-92,298*

(3) Result: *Denied without written cause, Second 11.07 was dismissed*

Page 3 of 16

AO 241 (Rev. 09/17)

(4) Date of result (if you know): 8-10-2022, Second-1-18-2023

(5) Citation to the case (if you know): Murnane VS State of texas

(6) Grounds raised: Ineffective Assistance of Council, unlawful pullover, illegal search and siezure, purjury and Racist and bias of the County itself.
USCA Const. Amend, 4, 6, and the 14

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☒ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   ☐ Yes   ☑ No

(7) Result: N/A

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____ *N/A* _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: *Court of Criminal Appeals, Austin Texas.*

(2) Docket or case number (if you know): *WR-92,298-04, WR 92,298-05*

(3) Date of filing (if you know): *12-09-2022*

(4) Nature of the proceeding:

(5) Grounds raised: *USCA Const. Amend. 4, Search and Seizure.*
*6, Fair trial*
*14, due process, and equal protection of the law*

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result: *N A*

(8) Date of result (if you know): _____ *N/A* _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: *N/A*

(2) Docket or case number (if you know): *N/A*

(3) Date of filing (if you know): *N/A*

(4) Nature of the proceeding: *N/A*

(5) Grounds raised: *N/A*

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _____ *N/A*

(8) Date of result (if you know): _____ *NA*

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:    ☒ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____ *N/A* _____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** *U.S.C.A. Const. Amend 4, 6, 14 Unlawful pullover. My Attorney filed a Motion to suppress Evidence. (was denied)*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*While on early lunch break on 11-14-2017 at 11:27 A:M going back to work heading south on Hwy 75 in Centerville, TX. I was in a completely Renovated Chevy C-10 pick up truck with a new paint job, while driving, I passed a Texas State trooper. I went over a mile and a half down the road before the State trooper came up on me and put his lights on to pull me over (Continued on seperate paper)*

(b) If you did not exhaust your state remedies on Ground One, explain why: _____ *N/A* _____

AO 241 (Rev. 09/17)

(c)      **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _____ *N/A* _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *Habeas Corpus Art 11.07*

Name and location of the court where the motion or petition was filed: *Court of Criminal Appeals*

*of texas Austin.TX*

Docket or case number (if you know): *WR-92,298-04 and wr-92,298-05*

Date of the court's decision: *1-19-2023*

Result (attach a copy of the court's opinion or order, if available): *Dismissed without*

*Written order. This subsequent application for writ habeas*

*Corpus. Texas.Code crim.Pro C.Art 11.07 sec. 4(A).(c)*

(3) Did you receive a hearing on your motion or petition?      ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*I went to the highest state court and now I am addressing*
*the issues in this federal habeas*

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _N/A_

**GROUND TWO:** _USCA. Const. Amend 4, 6, and 14th. Illegal Search and Seizure._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_After the pullover the state trooper then asked if I had any weapons, drugs on my possesion? I said no, as he started searching me. He then asked if I had anything illegal in the truck? I said no, the state trooper then started searching my vehicle for a minor traffic violation, I had already pulled off the velcro head light covers, The state trooper never gave me the citation for the initial pullover. I then asked the state trooper, (continued on seperate page)_

(b) If you did not exhaust your state remedies on Ground Two, explain why: _N/A_

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: _I eventually plead guilt and was not afforded the right to direct appeal._

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _habeas corpus 11.07_

Name and location of the court where the motion or petition was filed: _Criminal court of Appeals of texas. Austin Texas._

Docket or case number (if you know): _WR-92,298-05_

AO 241 (Rev. 09/17)

Date of the court's decision: **1-18-2023**

Result (attach a copy of the court's opinion or order, if available): *Denied Without written order.*

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *N/A*

Docket or case number (if you know): *N/A*

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): *N/A*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*I presented it to the highest court and now I am presenting it to your court in a Federal court habeas*

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : *I filed my first habeas corpus 11.07 on 6-23-2022, was denied on 8-10-2022, filed a second habeas corpus 11.07 on 12-09-2022, and was denied on 1-18-2023*

**GROUND THREE:** *USCa. Const, Amend. 4, 6 and 14th. During Trial, Questions were not asked. A Mistrial was called and Judge Denied it*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*A Affidavit. Signed and notarized by a Bexar county Sherif in San antonio, by the person who left the empty syringe in the glovebox (or) the door panel pocket of the truck copies were Made and Sent to the leon county clerk's office Months before Trial began. My attorney never Subpeona*

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: *NA*

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: *I eventually pled guilty and was not afforded a to direct appeals*

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: *habeas corpus 11.07*

Name and location of the court where the motion or petition was filed: *Criminal court of appeals of Texas, Austin Texas*

Docket or case number (if you know): *WR-92,298-05*

Date of the court's decision: *1-18-2023*

Result (attach a copy of the court's opinion or order, if available): *Dismissed without written order.*

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: *NA*

Docket or case number (if you know): *NA*

Date of the court's decision: *NA*

Result (attach a copy of the court's opinion or order, if available): *N/A*

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_I presented it to the highest state court and now I am presenting it to this federal habeas_

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   _habeas corpus 11.07_

**GROUND FOUR:**   _That in relation to the indictment or information on a verdict is substantively defective_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_During the second day of trial, the toxicologist was called to the stand to identify the substance of liquid in the medication battle. The District attorney said, this category 3 Felony then the toxicologist put his hand up to stop him in mid sentence and said no sir, it's a category 4 Felony! The District Attorney jumped out of his seat and asked the judge for a 15 minute recess. please see stranographer's report (1-12-2022)_

(b) If you did not exhaust your state remedies on Ground Four, explain why:   _N/A_

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:   _I eventually plead guilty and was not afforded a direct appeal_

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   _Article 11.07 Habeas corpus_

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _Criminal Court of Appeals_
_Austin, Texas_

Docket or case number (if you know): _WR-92,298-05_

Date of the court's decision: _8-10-2022_

Result (attach a copy of the court's opinion or order, if available): _(Sending Copy)_
_Denied without written order_

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _N/A_

Docket or case number (if you know): _N/A_

Date of the court's decision: _N/A_

Result (attach a copy of the court's opinion or order, if available): _N/A_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _I presented it to the highest state court and now I am presenting it to the Federal court in this habeas corpus_

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _N/A_

AO 241 (Rev. 09/17)

13.  Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?  ☑ Yes    ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:  _____ *N/A* _____

_____

_____

(b)  Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

_____ *N/A* _____

_____

14.  Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.  _____ *N/A* _____

_____

_____

_____

_____

_____

15.  Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.  _____ *N/A* _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Chris Grier po Box 225 Grapeland TX. 75844

(b) At arraignment and plea: Chris Grier p.o. Box 225 Grapeland TX 75844

(c) At trial: Chris Grier po Box 225 Grapeland TX 75844

(d) At sentencing: Chris Grier po Box 225 Grapeland TX 75844

(e) On appeal: N/A

(f) In any post-conviction proceeding: Pro Se

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: N/A

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I was convicted on 1-12-2022 and I had 30 days to appeal my conviction in which passed. Then I Filed my First habeas corpus on 6-29-2022 and recieved an answer on 8-10-2022 and I had 90 days to File my writ of certarari to the U.S supreme court in which

AO 241 (Rev. 09/17)

the time passed. I then Filed my second habeas corpus on 12-9-2022 and recieved an answer on 1-18-2023 and had 90 days to File a writ of certiarari to the US supreme court and their time passed. As of now I am presenting this Federal habeas corpus on 5-1-2023 meaning that I still have 6 months until the 1 year A.E.O.P.A*Timline is over

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Overturn Conviction or

remand back to trial court

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year). 5-1-2023

Executed (signed) on   5-1-23   (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

N/A

U.S. D.C. Western District of Texas                    Date 5-2-23
Michael Benandez clerk
410 S. cedar
Pecos TX. 79772


Dear clerk
    Enclosed, please File my USC 28 §22.54 habeas corpus
petition. Please File this and present it to the court for considerations.
 Also please send me a case # to this cause. So my Family can send
the 500$ Filing Fee on my behalf as I am a prisoner in Texas and is
not able to work and recieve monatary compensation.

                        Thank you

                    Timothy Murnane
                    lynaugn unit
                    1698 S. Hwy 2037
                    Ft. Stockton TX 79735
                            per Se



# Note, I am Filing this habeas corpus in your jurisdiction because I
reside in your jurisdiction


Filed first Habeas corpus on: 6-28-22, Denied on 8-10-22
Filed Second Habeas corpus on: 12-9-22, Dismissed on 1-18-23
mailed This Habeas corpus on: 5-2-23